# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT, EASTERN DIVISION AT; MONTGOMERY, ALABAMA

GENE COGGINS  Pro st
1436 COUNTY RD. #299
LANETT, AL 36863
     Plaintiff

V;

CASE NO. 3:07CV1028 - WKW

JERRY THROWER AND
CITY OF LANETT_
     Defendant

## COMPLAINT FOR CIVIL RIGHT VIOLATIONS,

COMES NOW THE PLAINTIFF, GENE COGGINS WITH THIS FORMAL COMPLAINT AGAINST THE DEFENDANT, JERRY THROWER AND CITY OF LANETT THE CITY INSPECTOR FOR THE CITY OF LANETT, ALABAMA,CHAMBERS COUNTY. WHEN A RULE OF LAW IS COVERED BY THE GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, GIVES EVERY CITIZEN THAT HAS BEEN DENIED ANY PART OF THIS PROCESS, THE RIGHT TO FILE HIS COMPLAINT IN THE FEDERAL COURT SYSTEM.   THERE HAS BEEN NO PRIOR CASE FILED IN ANY LOCAL STATE COURT, .  UNDER THE FEDERAL LAWS THE CONSTITUTION IS THE DOMINATING LAW, AND THE 11th AMENDMENT GIVES THIS RIGHT TO SUE ANYONE THAT IS A RESIDENT OF THE SAME STATE..

01.

THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN

COURT, WITH THIS CONCEPT OF "THE DUE PROCESS OF LAW", IS EMBODIED IN

THE FIFTH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES, AND

HAS .PRESTIGE OVER OTHER RULES OF LAW, THAT CANNOT BE CHANGED OR

LEFT OUT BY ANY COURT OR JUDGE.    U.S. V: Smith D.C. Iowa 249 App. Supp. 515,

516..  THIS RIGHT TO BE HEARD AND REVIEW THE ANSWER FROM THE OTHER

PARTY, WITH BOTH PARTIES AWARE OF THE MATTER PENDING, AND TO ASSERT

BEFORE THE APPROPRIATE DECISION MAKING BODY.

THE RIGHT FOR A SPEEDY TRIAL AND TO BE HEARD BY A JURY OF HIS

PIERS, IN ANY CIVIL OR CRIMINAL CASE, IS GUARANTEED BY THE CONSTITUTION

OF THE UNITED STATES..

**JURISDICTION:**

THE UNITED STATES CONSTITUTION SET UP DISTRICT COURTS, FOR

LOCAL CASES TO BE HEARD IN THE PROPER JURISDICTION AND FEDERAL

DISTRICT COURTS FOR TRIALS INVOLVING CONSTITUTIONAL RIGHT AND

FEDERAL QUESTIONS AS GIVEN IN RULE  28 U.S.C.A. 81 s/s et seq.  WITH ANY

CONSTITUTIONAL QUESTION CAN BE APPEALED AT ANY TIME DURING THE

PROCESS OF A CASE, ALL THE WAY TO THE SUPREME COURT.  THE

JURISDICTIONS REQUIREMENTS ARE MET, WHEN THE LEGAL RIGHTS EXIST,

WHERE THE COURT HAS COGNIZANCE OF CASES INVOLVING ALL PROPER

PARTIES ARE PRESENT OR REPRESENTED AND THE POINTS TO BE DECIDED IS

WITHIN THE POWER OF THE COURT, TO SETTLE ALL ISSUES BETWEEN THE

02.

**02.**

PARTIES, EITHER CIVIL OR CRIMINAL, WHETHER THEY BE ISSUES OF LAW OR

FACTS, WITHOUT ANY FORM OF RESTRICTIONS OF ANY KIND ADDED ON. . .

Fed. R. Civil P. 38(a), 48, 59, Crim. P. 23, 33.. United Cemeteries Co. V: Strother, 342, 1155,

119, S. W.2d, 762, 765.. Harrder V: Johnson 147 Kan. 440, 76, P. 2d, 763, 764..

JURISDICTION IS THE POWER INTRODUCED FOR THE PUBLIC GOOD, OR

BENEFIT, FOR THE ACCOUNT OF DISPENSING FAIR JUSTICE TO ALL CITIZENS.

THE SCOPE, POWER, AND INTENT OF JURISDICTION FOR THE FEDERAL COURTS IS

GOVERNED BY RULE 28 U. S. C. A. s/s 1251, et Seq..

JURISDICTION IS NOT LIMITED TO SUBJECT MATTER, OR AMOUNT SOUGHT

IN THE LITIGATION, BUT THESE FACTS MUST EXIST FOR THE FEDERAL COURTS

TO HAVE PROPER JURISDICTION ON ANY PARTICULAR CASE:

1.   THE DEFENDANT MUST BE PROPERLY SERVED WITH THE ON GOING PROCESS,

2.   THAT THE CONTROVERSY MUST EXCEED A CERTAIN SUM,

3.   THAT THE PARTIES ARE CITIZENS OF THE UNITED STATES.

Nobel v: Union Logging Railroad Co. 147, U. S. Ct. 271, 37, L Ed. 123..

ALL OF THE ABOVE REQUIREMENTS HAVE BEEN MEET AND THEREFORE

NO FURTHER JURISDICTIONS QUESTIONS CAN PROPER EXIST..

WHEN ANY RULE OF LAW IS COVERED IN THE GUARANTEED DUE PROCESS,

AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING THE

RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT,.

WHERE THIS CONCEPT OF THE DUE PROCESS OF LAW, IS EMBODIED IN THE

FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND HAS PRESTIGE

OVER ANY OTHER RULES OF LAW, COURT ORDERS, OR JUDGES THAT ARE NOT
ABIDING BY OR USING THE CORRECT METHOD OF PROCESS THAT IS REQUIRED
TO BE A PART OF ANY COURT ACTION.    U.S. v: Smith D. C. Iowa 249, App. Supp.
515, 516..   ANY ACTION FILED IN COURT, IS NOT MERELY TO COMMENCE OF,
BUT REQUIRED TO FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A
TRIBUNAL FOR THE PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF
THE PERSON THAT IS CHARGED WITH THE CRIME..  U. S. V:  Reisinger, 128, U.  S.
396, 9, S.  Ct.  99, 32, L. E. D.   480..

**CAUSE OF ACTION:**

WHILE HAVING A YARD SALE IN FRONT OF THE OLD LANETT MILL
PARKING LOT, THE CITY INSPECTOR CAME BY AND TOLD US THAT WE COULD
NOT HAVE ANY MORE SALES THERE, THAT THE CITY ONLY ALLOWED TWO PER
YEAR AND HE KNEW WE HAVE HAD MORE THAN THAT.   I TRIED TO EXPLAIN
THAT THIS SALE WAS FOR THE BRIDES OF CHRIST MISSION, INC. A  NON- PROFIT
CHURCH, THAT WE HAD OPEN DOOR LICENSE  IN THE STATE AND A PERMIT
FROM CITY HALL, TO SET UP THERE.   THIS FORM OF ILLEGAL AUTHORITY IS
AGAINST THE SEPARATION OF CHURCH AND STATE .AS  GUARANTEED IN THE
FIRST AMENDMENT OF THE UNITED STATES CONSTITUTION.    THIS TYPE OF
RESTRICTIONS PLACED UPON CHURCH PEOPLE DOING WORK OF THE CHURCH,
CANNOT BE ALLOWED BY NO CITY, COUNTY, STATE OR FEDERAL GOVERNMENT.
FOR THE CHURCH IS NOT RESTRICTED TO ANY ONE AREA, BUT WHERE GODS

**04.**

PEOPLE COME TOGETHER IN THE NAME OF OUR LORD AND SAVIOR JESUS CHRIST.   .

THE FEDERAL ACT OF 1974, SET OUT AND ESTABLISHED TIME LIMITS ON ALL EVENTS CARRIED OUT IN THE JURIDICAL SYSTEM, AS SO PLACED ON THE SHORT TERM CALENDER , SO AS TO ASSURE A SPEEDY TRIAL..  THE 7th AMENDMENT OF THE UNITED STATES CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY, EITHER CIVIL OR CRIMINAL, ON ALL ISSUES BETWEEN THE PARTIES, WHETHER THEY BE ISSUES OF LAW OR FACTS, WITH NO FORM OF RESTRAINTS OR ILLEGAL COST ADDED ON.

THE FREEDOM OF SELECTING PROPER COURT AND JUDGES, IS A PART OF NATURAL LIBERTIES, SWORN TO OF EXCESS, WHICH INVADES EQUAL RIGHTS TO OTHERS, THEY ARE RESTRAINTS PLACED UPON THE GOVERNMENT AND MUST ABIDE BY THEM.   I HAVE CHOSEN TO USE ONLY THEA U.  S.  DISTRICT JUDGE. Sowers V: Ohio Civil Rights Commission 20 Ohio misc.  115, 252, N.  E.. 2d, 463, 476..

**JUDGMENT:**

1.      A FINE OF $250,000.00,

2.      TOTAL AMOUNT TO TRIPLE WITH EVERY ILLEGAL DELAY, STALLING OVER 30 DAYS, AND WITH  EVERY APPEAL MADE..

**CONCLUSION:**

WHEN ANYONE IS ALLOWED TO USE THEIR OFFICE, FOR THE PURPOSE OF TRYING TO DESTROY ANYONE GUARANTEED CONSTITUTIONAL RIGHTS, THE

05.

PARTIES INVOLVED HAS NO ALTERNATIVE LEFT BUT TO PRESENT THIS TO THE

FEDERAL COURT..     THE BODY OF CHRISTIAN PEOPLE GATHER TOGETHER IN

THE SAME FAITH, USING WHAT EVER MEANS NECESSARY TO RAISE FUNDS FOR

THE SUPPORT OF THE MANY FUNCTIONS OF THE CHURCH IS NOT BREAKING ANY

LAWS ANYWHERE, BUT EXECIZING THEIR RIGHT TO ASSEMBLY .


GENE COGGINS


06.