# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS  Pro st
1436 COUNTY ROAD  #299
LANETT, AL  36863
    **Plaintiff**

V:                                     CRIMINAL ACTION NO. 3:07CV1024 -WKW

JERRY THROWERR and
CITY OF LANETT
    Defendants

## MOTION TO USE THE APPENDIX SYSTEM

    COME NOW, THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION TO USE THE APPENDIX SYSTEM, IN AND ACCORDING TO THE RULES GIVEN IN FEDERAL RULE 34 (a) & R. APP. P. 30, AND THE FACT THAT I HAVE A SEVERE BLOOD PRESSURE PROBLEM THAT REQUIRES FROM ONE TO FOUR TABLETS PER DAY, THEREFORE I CANNOT BE INVOLVED WITH ANY THANG THAT COULD UP-SET OR CAUSE ME TO HAVE A REACTION.


*Gene Coggins*
GENE COGGINS