IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GENE COGGINS,                                    )
                                                 )
     Plaintiff,                               )
                                                 )
     v.                                       )         Case No. 3:07-cv-1028-WKW
                                                 )
JERRY THROWER, *et al.*,                         )
                                                 )
     Defendants.                              )

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate

Judge Terry F. Moorer  for all pretrial proceedings and entry of any orders or recommendations as

may be appropriate.

DONE this 4th day of December, 2007.

                           /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE