IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:07-cv-1028-WKW-TFM |
| | ) |
| JERRY THROWER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

### ORDER ON MOTION

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. #4), the Court considers Plaintiff's *Motion to Use the Appendix System* (Doc. #3, filed November 21, 2007). For good cause, it is

**ORDERED** the *Motion to Use the Appendix System* (Doc. #3) is **DENIED**.

DONE this 13th day of December, 2007.

                                                 /s/Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE