# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF ALABAMA

# EASTERN DIVISION

GENE COGGINS
    Plaintiff


V:                        CIVIL ACTION NO. 3:07-CV-1028 WHW-TFM


JERRY THROWER and
CITY OF LANETT
    Defendant

## REPLY TO DOCUMENT #5-1 & 6-1, WITH MOTION FOR DEFAULT AND DEFAULT JUDGMENT

COMES NOW, THE PLAINTIFF WITH THIS REPLY TO ORDER ON MOTION, DOCUMENT # 5-1, & 6-1. WITH MOTION FOR DEFAULT AND DEFAULT JUDGMENT. ON YOUR FIRST PAGE YOU STATED THAT " THE COURT WISHES THAT THE PLAINTIFF TO UNDERSTAND. FULLY THE LIMITED NATURE OF BEING ALLOWED TO PROCEED IN **FORMA PAUPERIS".** THE PLAINTIFF KNOWS OF THIS,   AND IS AWARE THAT COST WILL OCCUR IN A JURY TRIAL, THIS IS THE ONE REASON I FILED A MOTION WITH EVERY CASE, TO USE THE APPENDIX

01.

SYSTEM, TO HELP CONTROL THE COST.    THIS MOTION HAS BEEN DENIED IN
EVERY CASE,  THAT LEAVES THE ONLY OTHER ALTERATIVE LEGAL METHOD,
GIVEN IN THE GUARANTEED DUE PROCESS OF LAW,  A TRIAL BY JURY.    WHEN A
CASE LIKE THIS ONE INVOLVES A CONSTITUTION QUESTION, ABOUT
GUARANTEED CONSTITUTION RIGHTS, THAT IS NON - ARGUMENTAL,  THEN
THERE CAN BE NO TRIAL BY JURY, MAKING THIS ANOTHER CONSTITUTIONAL
RIGHT VIOLATION,  WHERE EVERY CITIZEN IS GUARANTEED THEIR RIGHT TO
BE HEARD IN ANY COURT IN THIS LAND.

     WHEN THIS CASE IS PRESENTED IN THE UNITED STATES DISTRICT COURT,
THE DEFENDANT WAS SERVED WITH A COMPLAINT AND SUMMONS, BY
CERTIFIED MAIL, WITH RECEIPT RETURNED TO THE CLERK OF THE COURT, IN
AND ACCORDING TO THE FEDERAL RULES OF CIVIL PROCEDURES, 3. 4, 5., ON
NOVEMBER 16, 2007..  THIS WAS THE SAME TIME THIS COURT RECEIVED THE
PETITION AND SUMMONS AS REQUIRED.    FEDERAL RULES OF CIVIL
PROCEDURES GIVES THE ONLY METHOD OF SERVICES AS SET BY OUR
GOVERNMENT, TO BE HAND DELIVERED BY AN OFFICER OF THE COURT, SENT
BY CERTIFIED MAIL, OR PUBLISHED IN THE LOCAL NEWS PAPER.    THERE IS NO
WHERE IN ANY RULE OF LAW THAT GIVES ANY COURT OR CLERK ANY OTHER
METHOD, THE RIGHT TO DISCLAIM ANY SERVICE, STALL, OR TRY TO CHANGE
THE TIME OR METHOD USED IN  DELIVER OF.THE SUMMONS AND COMPLAINT.

     THE SUMMONS STATED THAT THE DEFENDANT HAD TWENTY DAYS TO
ANSWER THIS COMPLAINT OR A JUDGMENT BY DEFAULT WOULD BE ENTERED

AGAINST YOU.   AS OF DECEMBER, TWENTY,  2007,  NO ANSWER HAS BEEN
RECEIVED BY EITHER PARTY, UNDER RULE 55 - 1  FEDERAL RULES OF CIVIL
PROCEDURE, THE CLERK OF THE COURT IS **REQUIRED** AND **MUST ENTER**
DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS, AS REQUIRED
BY LAW WITH ALL JUDGMENT ASKED FOR IN THE COMPLAINT AND MUST BE
GRANTED.   WHEN THIS DUE PROCESS OF LAW IS NOT FOLLOWED, THEN THE
RESPONSIBILITY FOR PAYMENT OF THE JUDGMENT IS LEFT FOR THE COURT
TO FORBEAR.   WHEN THE CLERK FAILS TO COMPLY TO THIS LAW, HE HAS
BROKEN THE OATH OF OFFICE TO UPHOLD THE CONSTITUTION OF
THE UNITED STATES, COMMITTING A FELONY AND PERJURY, THEN THE U.S.
DISTRICT ATTORNEY HAS A RESPONSIBILITY TO PROSECUTE HIM.
WITH THIS FAILURE TO ANSWER THE COMPLAINT IN THE REQUIRED TIME
LEAVES NOTHING FOR THIS COURT TO DECIDE BUT TO ABIDE BY THE
ESTABLISHED LAWS AN GUARANTEED DUE PROCESS OF THE UNITED STATES
CONSTITUTION.

**CONCLUSION:**

WHEN ANY DEFENDANT FAILS TO COMPLY TO THE RULES OF LAW,
RECEIVED A VALID SUMMONS AND COMPLAINT, NOT RETURNING AN ANSWER
WITHIN THE REQUIRED TIME LIMIT, THIS MAKES THEIR ACTIONS, OF NO
RESPECT FOR THE RULES OF COURT,   DISHONEST AND DESERVES ALL THE
PUNISHMENT OR JUDGMENT ASKED IN THE COMPLAINT.     THE DEFENDANTS
REMOVED THE GUARANTEED CONSTITUTION RIGHTS, BY NOT REPLYING TO THE

**03.**

COMPLAINT WITHIN THE REQUIRED TIME LIMIT.    THE COURT AUTHORITY IN
THIS CASE  ENDED, AND WAS PLACED IN THE HAND OF THE CLERK BY THE
DEFENDANTS  NEGLECT.       ANY ORDERS,  OPINIONS OFFERED FROM THIS
COURT, WOULD ONLY INDICATE THAT THIS COURT HAS NO RESPECT FOR THE
GUARANTEED DUE PROCESS OF LAW ESTABLISHED IN THE UNITED STATES
CONSTITUTION, TO PROVIDE EQUAL JUSTICE TO ALL CITIZENS.

LIKE OTHER CASES PRESENTED IN THIS COURT, I AM SURE THAT THIS ONE
WILL BE NO DIFFERENT, FOR ALL HAVE BEEN APPEALED ALL THE WAY TO THE
UNITED STATES SUPREME COURT..  WITH THE JUDGMENT BEING TRIPLED FOR
EVERY APPEAL, THIS COURT HAS PLACED A HEAVY BURDEN UPON ALL
DEFENDANTS.

GENE COGGINS

# CERTIFICATE OF SERVICE

I, <u>GENE COGGINS</u>, DO HEREBY CERTIFY THAT I HAVE PLACED IN THE
UNITED STATES MAIL A COPY OF THIS FOREGOING ACTION TO ALL PARTIES
INVOLVED, AND SENT TO THE LAST KNOWN ADDRESS, WITH CORRECT POSTAGE.


DONE THIS _70_ DAY OF DECEMBER, 2007_

_Gene Coggins_
GENE COGGINS







