**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **GENE COGGINS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.:** |
| ) | **3:07-cv-1028-WKW** |
| **JERRY THROWER and CITY OF** ) | |
| **LANETT, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT OF THE CITY OF LANETT**

COMES NOW the undersigned, T. Randall Lyons, attorney for the above-named Defendant and would list that this Defendant is a municipal corporation.

Respectfully submitted,


_____/s/ T. Randall Lyons_____
T. RANDALL LYONS (LYO006)
Attorney for City of Lanett


OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this date of January 24, 2008, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Gene Coggins
1436 County Road 299
Lanett, Alabama 36863

                /s/ T. Randall Lyons
                OF COUNSEL