IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:07-cv-1028-WKW |
| JERRY THROWER and CITY OF LANETT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT OF JERRY THROWER

COMES NOW the undersigned, T. Randall Lyons, attorney for the above-named Defendant and would list that this Defendant is an individual.

                        Respectfully submitted,

                        /s/ T. Randall Lyons
                        T. RANDALL LYONS (LYO006)
                        Attorney for Jerry Thrower

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date of January 23, 2008, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Gene Coggins
1436 County Road 299
Lanett, Alabama 36863

                                        /s/ T. Randall Lyons
                                  OF COUNSEL